**COMMONWEALTH of Pennsylvania,
Respondent,**

v.

**Keemen COPELAND, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 27, 2000.

Christopher D. Warren, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

**AND NOW,** this 27th day of October 2000, the petition for allowance of appeal is **GRANTED,** limited to the issue of:

Whether the petitioner's constitutional right to confrontation was violated by introduction into evidence of admissions made by a non-testifying co-defendant?